| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Community Regional Anesthesia Medical Group, Inc. |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | CRAMG |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-5316959 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7370 N. Palm Ave., Suite 101 <br> Fresno, CA 93711 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Fresno <br> County | Location of principal assets, if different from principal place of business |
| | _____ <br> Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    http://communityanesthesia.net/

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Community Regional Anesthesia Medical Group, Inc.**          Case number (*if known*) _____
            Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __6213__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Community Regional Anesthesia Medical Group, Inc.**    Case number (*if known*) _____
                    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name    _____
          Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    __Community Regional Anesthesia Medical Group, Inc.__      Case number (*if known*) _____
Name

☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   Community Regional Anesthesia Medical Group, Inc.          Case number (*if known*) _____
         Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6 / 11 / 2021
                MM / DD / YYYY

X    *Carolyn Larsen*                              Carolyn Larsen
     Signature of authorized representative of debtor      Printed name

Title   **Executive Director**

**18. Signature of attorney**

X    *Riley C. Walter*                          Date _____
     Signature of attorney for debtor                   MM / DD / YYYY

**Riley C. Walter 91839**
Printed name

**Wanger Jones Helsley**
Firm name

**265 E. River Park Circle, Ste. 310**
**Fresno, CA 93720-1563**
Number, Street, City, State & ZIP Code

Contact phone   **(559) 233-4800**      Email address   **rwalter@wjhattorneys.com**

**91839 CA**
Bar number and State

## CERTIFICATE OF CORPORATE RESOLUTION
## AUTHORIZING COMMENCEMENT OF CHAPTER 11 CASE

I, Oji Oji, the undersigned, President of Community Regional Anesthesia Medical Group, Inc. ("Corporation") hereby certifies and declares under penalty of perjury that the following is a true and correct excerpt from the official records of said corporation, truly and correctly reflecting the matters transacted by the said corporation at a special meeting duly called and held on ___May 24,___ , 2021.

> "WHEREAS, the Corporation qualifies as a debtor under Chapter 11 of the United States Bankruptcy Code, and that it is in the best interest of the Corporation to file a petition under Chapter 11 therefore;

> IT WAS UNANIMOUSLY RESOLVED, that the Corporation should file a petition under Chapter 11 of the United States Bankruptcy Code.

> IT WAS FURTHER RESOLVED that Riley C. Walter and Wanger Jones Helsley be retained to represent the Corporation on all matters related to the Chapter 11 case, including the filing of the petition and initial pleadings.

> IT WAS FURTHER RESOLVED that Carolyn Larsen and/or Robert Buckles, be authorized and directed to execute any and all petitions, statements, schedules, declarations, plans, and other necessary documents in the Chapter 11 case as well as attend the 341(a) Meeting of Creditors and other hearings on behalf of the Corporation.

> The foregoing matters transacted and approved on behalf of the Corporation at a special meeting duly called and held on the _24th_ day of __May__ , 2021."

Certified this _24th_ day of _May_ , 2021, by

Oji Oji, President of Community
Regional Anesthesia Medical Group,
Inc.

**Fill in this information to identify the case:**

Debtor name    Community Regional Anesthesia Medical Group, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/11/21          X _Carolyn Larsen_
                               Signature of individual signing on behalf of debtor

                               **Carolyn Larsen**
                               Printed name

                               **Executive Director**
                               Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Community Regional Anesthesia Medical Group, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

See attached.

**20 Largest**

| Name | Claim Amount | Email |
|---|---|---|
| Fresno Community Hospital Medical Center dba Community Medical Centers | $ 5,100,000.00 | BMarriott@communitymedical.org |
| Rhonda Hardy-Joel | Disputed | Lwebb@webblawgroup.com |
| Jennifer Chi fka Jennifer Reedal | Disputed | Lwebb@webblawgroup.com |
| Angel Portillo by and through his Conservator, Celia Guiba | Disputed | Edward@qkffirm.com |

**Fill in this information to identify the case:**

Debtor name     Community Regional Anesthesia Medical Group, Inc.

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................................    $              0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................    $        7,412,863.83

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................................    $        7,412,863.83

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $              0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $              0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$        8,891,012.00

4.  **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b                                                                                                          $        8,891,012.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Community Regional Anesthesia Medical Group, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fresno First Bank** | Checking | 2038 | **$2,500,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                       **$2,500,000.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Prepaid insurance | $13,972.00 |
|---|---|---|

9.    **Total of Part 2.**                       **$13,972.00**
Add lines 7 through 8. Copy the total to line 81.

Debtor  __**Community Regional Anesthesia Medical Group, Inc.**__        Case number *(If known)* _____
                Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

        11b. Over 90 days old:        **17,496,042.24**    -    **12,597,150.41**   =....            **$4,898,891.83**
                                        face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                        **$4,898,891.83**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

Debtor    **Community Regional Anesthesia Medical Group, Inc.**          Case number *(If known)* _____
                  Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of
debtor's interest**

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | D&O Insurance _____ | Unknown |
| | EPLI Insurance _____ | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

Debtor    **Community Regional Anesthesia Medical Group, Inc.**        Case number *(if known)* _____
                    Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,500,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,972.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,898,891.83 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $7,412,863.83  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $7,412,863.83 |

**Fill in this information to identify the case:**

Debtor name     Community Regional Anesthesia Medical Group, Inc.

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    Community Regional Anesthesia Medical Group, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address<br>**California Attorney General**<br>**P.O. Box 944255**<br>**Sacramento, CA 94255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$0.00** | |
| Date or dates debt was incurred | Basis for the claim: | | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |
| **2.2**   Priority creditor's name and mailing address<br>**California Dept. of Tax and Fee Administration**<br>**Account Information Group MIC: 29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$0.00** | |
| Date or dates debt was incurred | Basis for the claim: | | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | | |

Debtor      **Community Regional Anesthesia Medical Group, Inc.**          Case number *(if known)* _____
                                    Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**2.3** | Priority creditor's name and mailing address
**Employment Development Department Bankruptcy/Special Procedures Group**
P.O. Box 826880 MIC 92E
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:     $0.00  -
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Franchise Tax Board Bankruptcy Unit**
PO Box 2952
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Fresno County Tax Collector**
2281 Tulare St.
**Fresno, CA 93724**

As of the petition filing date, the claim is:     $0.00  -
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:
**Personal property taxes**

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**Internal Revenue Service Centralized Insolvency Operation**
PO Box 7346
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:     $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)  ☐ Yes

---

| Debtor | **Community Regional Anesthesia Medical Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address

**Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**5670 Wilshire Blvd., Fl. 11**
**Los Angeles, CA 90036**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00

---

**2.8** | Priority creditor's name and mailing address

**United States Attorney**
**(IRS Division)**
**2500 Tulare Street, Suite 4401**
**Fresno, CA 93721**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.00

---

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address

**Ali M. Fayed, MD**
**2392 E. Copper Hill Way**
**Fresno, CA 93730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For notice purposes (Shareholder) - Does RCW want to include Fayed on the schedules?**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2** | Nonpriority creditor's name and mailing address

**Angel Portillo by and through his**
**Conservator, Celia Guiba**
**920 West Griffith Way, Apt. 115**
**Fresno, CA 93705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Party to pending lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.3** | Nonpriority creditor's name and mailing address

**Carolyn Larsen, Executive Director of**
**Community Regional Anethesia**
**Medical Group**
**7370 N. Palm Ave #102**
**Fresno, CA 93711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Community Regional Anesthesia Medical Group, Inc.**    Case number *(if known)* _____
_____Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.4**
Nonpriority creditor's name and mailing address
**Community Anesthesia Providers Medical Corporation**
**7370 North Palm Suite 101**
**Fresno, CA 93711**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Party to contract - for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**
Nonpriority creditor's name and mailing address
**Community Medical Centers Healthcare Network**
**Shayam Sharma, Director**
**2755 Herndon Avenue**
**Clovis, CA 93611**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Party to contract - for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**
Nonpriority creditor's name and mailing address
**Community Regional Anesthesia Medical Gr Medical Group**
**Robert Buckles**
**7370 N. Plam Ave., Suite 101**
**Fresno, CA 93711**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accountant for Debtor - for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**
Nonpriority creditor's name and mailing address
**Fresno Community Hospital Medical Center dba Community Medical Centers**
**PO Box 1232**
**Fresno, CA 93715**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$8,837,737.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**
Nonpriority creditor's name and mailing address
**Fresno First Bank**
**7690 N. Palm Avenue**
**Suite 101**
**Fresno, CA 93711**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$53,275.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**
Nonpriority creditor's name and mailing address
**Insensible Anesthesia, Inc.**
**306 Pinnacle Drive**
**Madera, CA 93636**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporation relating to Rhonda Hardy-Joel - for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**
Nonpriority creditor's name and mailing address
**Jennifer Chi fka**
**Jennifer Reedal**
**2203 Carnoustie Avenue**
**Fresno, CA 93730**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Party to wage & hour suit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Community Regional Anesthesia Medical Group, Inc.**　　　Case number (*if known*) _____
　　　　Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.11**　Nonpriority creditor's name and mailing address
**Labor and Workforce Development Agency**
**Dept. of Industrial Relations**
**Accounting Unit**
**455 Golden Gate Ave., 10th Floor**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　PAGA Claim - for notice purposes

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.12**　Nonpriority creditor's name and mailing address
**Littler Mendelson PC**
**Ryan L. Eddings**
**5200 N. Palm Ave., Ste. 302**
**Fresno, CA 93704**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　Attorneys for Debtor in wage & hour/possible class action suit - for notice purposes

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13**　Nonpriority creditor's name and mailing address
**McCormick Barstow LLP**
**Hagop T. Bedoyan**
**7647 N. Fresno St.**
**Fresno, CA 93720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　Attorneys for CMC - for notice purposes

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.14**　Nonpriority creditor's name and mailing address
**Quinlan, Kershaw & Fanucchi**
**Edward L. Fanucchi**
**2124 Merced Street**
**Fresno, CA 93721**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　Attorneys for Angel Portillo by and through his Conservator, Celia Guiba - for notice purposes

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.15**　Nonpriority creditor's name and mailing address
**Regional Certified Registered Nurse**
**Anethetist Partners**
**7370 N. Palm, Suite 101**
**Fresno, CA 93711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　Party to agreement - for notice purposes

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16**　Nonpriority creditor's name and mailing address
**Rhonda Hardy-Joel**
**306 Pinnacle Drive**
**Madera, CA 93636**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:　Party to wage & hour lawsuit

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17**　Nonpriority creditor's name and mailing address
**Sante Health Systems**
**Wes Qualls, CFO**
**7370 N. Plam Ave., Suite 101**
**Fresno, CA 93711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:　For notice purposes

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Community Regional Anesthesia Medical Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Small Business Administration**
**Fresno District Office**
**2710 N. Air Fresno Drive**
**Fresno, CA 93727-1547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** For notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Webb Law Group, APC**
**Lenden F. Webb**
**466 W. Fallbrook Ave., #102**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Attorneys for Plaintiffs in wage & hour lawsuits - for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Whitney, Thompson & Jeffcoach LLP**
**Mandy Jeffcoach**
**970 W. Alluvial Ave.**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Attorneys for Debtor - for notice purposes

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 8,891,012.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,891,012.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Community Regional Anesthesia Medical Group, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to perform professional anesthesia services. | |
|---|---|---|---|
| | State the term remaining | | Community Anesthesia Providers Medical Corporation |
| | List the contract number of any government contract | _____ | 7370 North Palm Suite 101 Fresno, CA 93711 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to establish and maintain high standard anesthesia services. | |
|---|---|---|---|
| | State the term remaining | Expires August 13, 2021 | Fresno Community Hospital Medical Center dba Community Medical Centers |
| | List the contract number of any government contract | _____ | PO Box 1232 Fresno, CA 93715 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to provide specialty anesthesia services. | |
|---|---|---|---|
| | State the term remaining | Expires March 31, 2030 | Regional Certified Registered Nurse Anethetist Partners |
| | List the contract number of any government contract | _____ | 7370 N. Palm, Suite 101 Fresno, CA 93711 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Management services agreement. | |
|---|---|---|---|
| | State the term remaining | | Sante Health Systems |
| | List the contract number of any government contract | _____ | 7370 N. Plam Ave., Suite 101 Fresno, CA 93711 |

**Fill in this information to identify the case:**

Debtor name    Community Regional Anesthesia Medical Group, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | _____ | Street _____ _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | _____ | Street _____ _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | _____ | Street _____ _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City    State    Zip Code | | | |

# UNITED STATES BANKRUPTCY COURT
Eastern District of California
Fresno Division

In re: Community Regional Anesthesia Medical Group, Inc.
Chapter 11

## Declaration Under Penalty of Perjury by Debtor

I, Carolyn Larsen, declare as follows:

1. I personally and carefully reviewed the Petition and Schedules prepared on behalf of the above Debtor.

2. I acknowledge that the names, addresses, account numbers, and balances contained in the Petition and Schedules were prepared based upon information submitted by myself. I have also provided all values shown on the Schedules. I have carefully reviewed the Petition and Schedules and they are correct to the best of my knowledge. No assets or creditors have been left out of the Schedules and they are true and accurate.

3. I understand that I am solely responsible for the validity and accuracy of the information contained in the Petition and Schedules, including values given.

4. I personally took the time to review the Petition and Schedules before I signed them and believe them to be accurate. There is no information given to Wanger Jones Helsley, Riley C. Walter, or his representatives that is not contained in the Petition and Schedules, nor any incorrect information contained therein, to the best of my knowledge or belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6|11_____, 2021

_Carolyn Larsen_
Carolyn Larsen

**Fill in this information to identify the case:**

Debtor name  **Community Regional Anesthesia Medical Group, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  Income

**1.  Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,183,010.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$34,232,122.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$35,713,987.00** |
| **For the fiscal year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$25,232,686.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Community Regional Anesthesia Medical Group, Inc.**          Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Littler Mendelson PC**<br>**Ryan L. Eddings**<br>**5200 N. Palm Ave., Ste. 302**<br>**Fresno, CA 93704** | 6/15/2021 | $31,696.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Legal fees** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See SA# 30** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

### COMMUNITY REGIONAL ANESTHESIA MEDICAL GROUP (CRA)

Bank Code: A  Main Bank Account

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 003125 | 3/4/2021 | 0000003 | COMMUNITY ANESTHESIA PROVIDERS | 171,120.00 | Auto |
| 003126 | 3/4/2021 | 0000251 | DEVON BOYD CERTIFIED NURSING ANESTHETIST INC | 899.00 | Auto |
| 003127 | 3/4/2021 | 0000808 | MAYER BROWN LLP | 837.00 | Auto |
| 003128 | 3/8/2021 | 0000314 | LAW OFFICES OF PAUL J. O'ROURKE, JR. | 1,950.00 | Auto |
| 003129 | 3/8/2021 | 0000800 | REGIONAL CERTIFIED REGISTERED NURSE ANESTHETIST | 764,383.75 | Auto |
| 003130 | 3/11/2021 | 0000312 | MEDICAL BOARD OF CALIFORNIA | 60.00 | Auto |
| 003131 | 3/12/2021 | 0000317 | VALERIE HENDERSON | 97.18 | Auto |
| 003132 | 3/12/2021 | 0000313 | FRAN BOSWELL | 226.33 | Auto |
| 003133 | 3/17/2021 | 0000001 | SANTE HEALTH SYSTEM | 24,666.71 | Auto |
| 003134 | 3/17/2021 | 0000003 | COMMUNITY ANESTHESIA PROVIDERS | 1,830,576.75 | Auto |
| 003135 | 3/19/2021 | 0000003 | COMMUNITY ANESTHESIA PROVIDERS | 108,240.00 | Auto |
| 003136 | 3/19/2021 | 0000070 | OJI A OJI MD PC | 6,800.00 | Auto |
| 003137 | 3/19/2021 | 0000720 | RONALD BIERMA MD INC | 2,000.00 | Auto |
| 003138 | 3/19/2021 | 0000803 | LITTLER MENDELSON PC | 2,682.10 | Auto |
| 003139 | 3/26/2021 | 0000808 | MAYER BROWN LLP | 1,255.50 | Auto |
| 003140 | 3/26/2021 | 0000070 | OJI A OJI MD PC | 6,200.00 | Auto |
| 003141 | 3/26/2021 | 0000720 | RONALD BIERMA MD INC | 2,000.00 | Auto |
| 003142 | 4/7/2021 | 0000800 | REGIONAL CERTIFIED REGISTERED NURSE ANESTHETIST | 925,767.50 | Auto |
| 003143 | 4/13/2021 | 0000003 | COMMUNITY ANESTHESIA PROVIDERS | 2,358,650.33 | Auto |
| 003144 | 4/13/2021 | 0000313 | FRAN BOSWELL | 386.71 | Auto |
| 003145 | 4/13/2021 | 0000770 | STRONG ANESTHESIA A CERTIFED REGISTERED | 1,162.50 | Auto |
| 003146 | 4/16/2021 | 0000001 | SANTE HEALTH SYSTEM | 27,601.33 | Auto |
| 003147 | 4/16/2021 | 0000003 | COMMUNITY ANESTHESIA PROVIDERS | 21,480.00 | Auto |
| 003148 | 4/26/2021 | 0000817 | WAGNER JONES HENSLEY PC | 15,000.00 | Auto |
| 003149 | 4/30/2021 | 0000803 | LITTLER MENDELSON PC | 6,167.50 | Auto |
| 003150 | 5/6/2021 | 0000800 | REGIONAL CERTIFIED REGISTERED NURSE ANESTHETIST | 875,137.60 | Auto |
| 003151 | 5/11/2021 | 0000003 | COMMUNITY ANESTHESIA PROVIDERS | 1,804,370.33 | Auto |
| 003152 | 5/11/2021 | 0000070 | OJI A OJI MD PC | 40,000.00 | Auto |
| 003153 | 5/11/2021 | 0000212 | SILVESTER KAGUNYE MD PC | 3,500.00 | Auto |
| 003154 | 5/11/2021 | 0000748 | LARSEN 3194 LLC | 20,000.00 | Auto |
| 003154 | 5/12/2021 | 0000748 | LARSEN 3194 LLC | 20,000.00- | Reversal |
| 003155 | 5/11/2021 | 0000756 | QWIK RESOURCES LLC | 10,000.00 | Auto |
| 003156 | 5/11/2021 | 0000801 | BLB R LLC | 5,000.00 | Auto |
| 003157 | 5/12/2021 | 0000818 | ALLBRIGHT ENTERPRISES LLC | 5,000.00 | Auto |
| 003158 | 5/12/2021 | 0000748 | LARSEN 3194 INC | 20,000.00 | Auto |
| 003159 | 5/14/2021 | 0000784 | WHITNEY THOMPSON JEFFCOACH LLP | 800.00 | Auto |
| 003160 | 5/21/2021 | 0000803 | LITTLER MENDELSON PC | 24,469.00 | Auto |
| 003161 | 6/3/2021 | 0000005 | LIN DING MD | 45,800.00 | Auto |
| 003162 | 6/3/2021 | 0000175 | EDWIN K YAMOAH MD PROFESSIONAL CORP | 600.00 | Auto |
| 003163 | 6/3/2021 | 0000313 | FRAN BOSWELL | 56.27 | Auto |
| 003164 | 6/7/2021 | 0000800 | REGIONAL CERTIFIED REGISTERED NURSE ANESTHETIST | 791,258.75 | Auto |
| 003165 | 6/9/2021 | 0000001 | SANTE HEALTH SYSTEM | 26,108.07 | Auto |
| 003166 | 6/9/2021 | 0000003 | COMMUNITY ANESTHESIA PROVIDERS | 2,253,124.33 | Auto |
| 003167 | 6/9/2021 | 0000800 | REGIONAL CERTIFIED REGISTERED NURSE ANESTHETIST | 15,200.00 | Auto |
| 003168 | 6/11/2021 | 0000784 | WHITNEY THOMPSON JEFFCOACH LLP | 6,855.46 | Auto |

|  |  |
|---|---|
| **Bank A Total:** | 12,207,490.00 |
| **Report Total:** | 12,207,490.00 |

Debtor    **Community Regional Anesthesia Medical Group, Inc.**      Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jennifer Chi fka Jennifer Reedal and Rhonda Hardy-Joel v. Community Regional Anesthesia Medical Group, Inc. and Regional Anesthesia Associates, Inc.**<br>20CECG00029 | **Wage and Hour** | **Fresno County Superior Court**<br>**1100 Van Ness Ave.**<br>**Fresno, CA 93724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Angel Portillo by and through his Conservator, Celia Guiba v. Community Regional Anesthesia Group, Inc.**<br>17CECG04212 | **Civil** | **Fresno County Superior Court**<br>**1100 Van Ness Ave.**<br>**Fresno, CA 93724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **See attached** | | | **$15,800.00** |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

COMMUNITY REGIONAL ANESTHESIA MEDICAL GROUP (CRA)

| Date | Comments | | |
|---|---|---|---|
| | **Admin - Donations** | | |
| 5/20/2019 | 000000722 AMERICAN HEART ASSOCIATION HEART BALL DONATION 2019 | $ | 5,000.00 |
| 7/10/2019 | 000000722 AMERICAN HEART ASSOCIATION 2020 GO RED FOR WOMEN LUNCHEON DONATION | | 1,500.00 |
| 8/30/2019 | 000000711 SANTE HEALTH FOUNDATION SPONSORSHIP FOR WINTER SYMPOSIUM | | 8,000.00 |
| 11/11/2019 | 000000210 ORACLE ANESTHESIA INC REIMBURSEMENT FOR NURSES WEEK DONATION | | 500.00 |
| 12/6/2019 | 000000750 COMMUNITY MEDICAL FOUNDATION CCMC CHILD SVCS STAFF ENGMNT HOL PARTY | | 300.00 |
| 12/6/2019 | 000000750 COMMUNITY MEDICAL FOUNDATION FHSH STAFF ENGAGEMENT - HOLIDAY PARTY | | 500.00 |

Debtor    **Community Regional Anesthesia Medical Group, Inc.**              Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wanger Jones Helsley** 265 E. River Park Circle, Ste. 310 Fresno, CA 93720 | **See attached Disclosure of Compensation** | | $0.00 |
| | **Email or website address** www.WJHAttorneys.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

# United States Bankruptcy Court
## Eastern District of California
## Fresno Division

In re: Community Regional Anesthesia Medical Group, Inc.    Case No.
Chapter 11

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
   [ X ] Debtor      [   ] Other

3. The source of compensation to be paid to me is:
   [ X ] Debtor      [   ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of the petition, schedules and statement of affairs;
   c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
   d. Services per engagement letter.

6. I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7. As of the Petition Date, the Firm's standard hourly rates are $185.00 to $595.00 per hour for attorneys and $140.00 to $185.00 per hour for paraprofessionals.

8. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 05/26/21 | $15,000.00 | $15,000.00 | |
| 06/14/21 | $9,862.00 | $9,862.00 | |
| 06/14/21 | $125,000.00 | $32,765.86 | $1,738.00 |

9. The above fees were related to services rendered as follows:

   Bankruptcy Related                           100%
   Non-Bankruptcy Related

10. The retainer on hand as of Petition Date was: $90,496.14

11. Pertains to Wanger Jones Helsley PC.

# United States Bankruptcy Court
## Eastern District of California
## Fresno Division

In re: Community Regional Anesthesia Medical Group, Inc.     Case No.
      Chapter 11

## Disclosure of Compensation of Attorney for Debtor

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:    6/15/21

Riley C. Walter, Attorney for Debtor

Debtor   **Community Regional Anesthesia Medical Group, Inc.**          Case number *(if known)* _____

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Community Regional Anesthesia Medical Group, Inc.**          Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. Books, records, and financial statements
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
       ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Community Regional Anesthesia Medical Gr Medical Group Robert Buckles 7370 N. Plam Ave., Suite 101 Fresno, CA 93711** | **2013- present** |
| 26a.2.   **Debtor** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

Debtor   **Community Regional Anesthesia Medical Group, Inc.**          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Community Regional Anesthesia Medical Gr Medical Group Robert Buckles 7370 N. Plam Ave., Suite 101 Fresno, CA 93711** | |
| 26c.2.   **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ali M. Fayed, MD | 2392 E. Copper Hill Way Fresno, CA 93730 | Shareholder | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| David Weak, MD | 8602 N. Purdue Clovis, CA 93619 | Officer/Director | N/A |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Lin Ding, MD | 935 E. Millcreek Drive Fresno, CA 93720 | Officer/Director | N/A |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Oji Oji, MD | 1135 N Whittier Ave. Clovis, CA 93611 | President/Director | N/A |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Community Regional Anesthesia Medical Group, Inc.**          Case number (if known) _____

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1  **See Attached**

_____        _____        _____        _____

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                    **Employer identification number of the parent corporation**

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          6-11-21

_Carolyn Larsen_                          **Carolyn Larsen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Executive Director**    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| 6/29/2020 | 000000070 OJI A OJI MD PC CRMC | $ | 1,400.00 |
|---|---|---|---|
| 6/29/2020 | 000000070 OJI A OJI MD PC CRMC | $ | 1,400.00 |
| 6/29/2020 | 000000070 OJI A OJI MD PC CRMC | $ | 1,400.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC CRMC | $ | 500.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,000.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,000.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,000.00 |
| 7/10/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,000.00 |
| 7/17/2020 | 000000070 OJI A OJI MD PC QUAR | $ | 35,500.00 |
| 12/4/2020 | 000000070 OJI A OJI MD PC END- | $ | 40,000.00 |
| 12/8/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 12/8/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 12/8/2020 | 000000070 OJI A OJI MD PC CARD | $ | 1,400.00 |
| 12/8/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,000.00 |
| 12/8/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,000.00 |
| 12/8/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,000.00 |
| 12/11/2020 | 000000005 LIN DING MD MEDICAL | $ | 4,550.00 |
| 12/11/2020 | 000000005 LIN DING MD MEDICAL | $ | 5,400.00 |
| 12/11/2020 | 000000005 LIN DING MD MEDICAL | $ | 5,050.00 |
| 12/11/2020 | 000000005 LIN DING MD MEDICAL | $ | 5,050.00 |
| 12/11/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,700.00 |
| 12/11/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,700.00 |
| 12/11/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 2,700.00 |
| 12/11/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 1,200.00 |
| 12/11/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 1,200.00 |
| 12/11/2020 | 000000070 OJI A OJI MD PC MEDI | $ | 1,200.00 |
| 2/3/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 1,400.00 |
| 2/3/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 2,000.00 |
| 2/3/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 1,400.00 |
| 2/3/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 2,000.00 |
| 3/19/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 2,000.00 |
| 3/19/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 2,000.00 |
| 3/19/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 1,400.00 |
| 3/19/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 1,400.00 |
| 3/26/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 2,000.00 |
| 3/26/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 1,400.00 |
| 3/26/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 1,400.00 |
| 3/26/2021 | 000000070 OJI A OJI MD PC FHSH | $ | 1,400.00 |
| 5/11/2021 | 000000070 OJI A OJI MD PC CRAM | $ | 40,000.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 5,400.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 4,950.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 5,400.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 5,400.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 4,850.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 4,800.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 5,000.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 4,600.00 |
| 6/3/2021 | 000000005 LIN DING MD MEDICAL | $ | 5,400.00 |

# United States Bankruptcy Court
## Eastern District of California

In re   __Community Regional Anesthesia Medical Group, Inc.__        Case No. _____

                            Debtor(s)                 Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Executive Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    _6/11/21_                   Signature    _Carolyn Larsen_

                                                    **Carolyn Larsen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of California

In re   Community Regional Anesthesia Medical Group, Inc.

Debtor(s)

Case No. _____

Chapter   11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Community Regional Anesthesia Medical Group, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____ 6/15/21 _____

Date

*Riley C. Walter 91839*

Signature of Attorney or Litigant

Counsel for   Community Regional Anesthesia Medical Group, Inc.

Wanger Jones Helsley
265 E. River Park Circle, Ste. 310
Fresno, CA 93720-1563
(559) 233-4800 Fax:(559) 435-9868
rwalter@wjhattorneys.com